IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09cr171-MHT |
| FILIBERTO GOMEZ-FLORES | ) | (WO) |

OPINION AND ORDER

This cause is before the court on defendant Filiberto Gomez-Flores's motion to continue.  For the reasons set forth below, the court finds that jury selection and trial, currently set for March 22, 2010, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making

> public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Gomez-Flores in a speedy trial.

2

Defense counsel is currently scheduled to represent another defendant at trial during the original trial date set for Gomez-Flores. In addition, Gomez-Flores is scheduled to proffer with the government during the week of March 8, at which time all parties expect to complete a plea negotiation. In order to ensure Gomez-Flores is able effectively to assist the government, and also to enable defense counsel to negotiate a plea agreement on behalf of his client, this case should be continued. Furthermore, the government does not oppose the motion for a continuance.

Accordingly, it is ORDERED as follows:

(1) Defendant Filiberto Gomez-Flores' motion to continue (doc. no. 35) is granted.

(2) The jury selection and trial are now set for June 28, 2010, at 10:00 a.m. in the federal courthouse in Dothan, Alabama.

DONE, this the 5th of March, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE